IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GWENDOLYN ANDERSON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| vs. | : | NO. 13-1986 |
| LEHIGH VALLEY HOSPITAL, | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 30th day of March, 2015, upon consideration of Defendant Lehigh Valley Hospital's Motion for Summary Judgment (Docket No. 29) filed August 8, 2014; Plaintiff's Response in Opposition (Docket No. 32) filed August 29, 2014; the Reply Memorandum of Law of Defendant Lehigh Valley Hospital (Docket No. 35) filed September 8, 2014; and for the reasons expressed in the foregoing Memorandum Opinion,

**IT IS ORDERED** that Lehigh Valley Hospital's Motion for Summary Judgment (Docket No. 29) is **GRANTED** and Judgment is entered in favor of Defendant Lehigh Valley Hospital.

**IT IS ORDERED** that all outstanding Motions in Limine are **DENIED** as moot.

**THE CLERK OF COURT IS DIRECTED TO CLOSE THIS CASE STATISTICALLY**.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN,
United States Magistrate Judge